UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adam F. Blaskowski, | Civil No. 16-447 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Vicki Land Wehr Construction, John Sherer Trucking, and Centra Care Health, | |
| Defendants. | |

This matter is before the Court upon *Pro Se* Plaintiff Adam F. Blaskowski's ("Plaintiff") objections (Doc. No. 4) to Magistrate Judge Leo I. Brisbois's March 1, 2016 Report and Recommendation (Doc. No. 3) insofar as it recommends that: (1) this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and (2) Plaintiff's application to proceed *in forma pauperis* be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

In the Report and Recommendation, Magistrate Judge Brisbois concluded that Plaintiff qualifies financially for IFP status. However, the Magistrate Judge denied the IFP application and dismissed the action because Plaintiff filed a complaint that failed to

state a cause of action on which relief may be granted.  (Doc. No. 3 at 1-2.)  In doing so, the Magistrate Judge noted that Plaintiff's Complaint consists of one page and includes nothing but personal information, thereby lacking factual allegations, grounds for jurisdiction, or legal claims for relief.  (*Id*. at 3.)  Plaintiff has filed objections to the Report and Recommendation, in which he appears to explain that he asserts sex discrimination and retaliation issues, but again he offers no factual allegations to support his claims.

The Court concludes that Plaintiff's objections offer no basis for a departure from the Magistrate Judge's recommendations.  Thus, based upon the *de novo* review of the record and all of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Plaintiff Adam F. Blaskowski's objections (Doc. No. [4]) to Magistrate Judge Leo I. Brisbois's March 1, 2016 Report and Recommendation are **OVERRULED**.

2. Magistrate Judge Leo I. Brisbois's March 1, 2016 Report and Recommendation (Doc. No. [3]) is **ADOPTED**.

3. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Plaintiff Adam F. Blaskowski's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 24, 2016            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge